# SIGN-IN-SHEET

**CASE NAME:** Welded Construction, L. P.
**CASE NO.:** 18-12378 (KG)

**COURTROOM LOCATION: 3**
**DATE:** 10/23/18

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Justin Rucki | YCST | Debtors |
| Sean Beach | | |
| Mike Nestor | | |
| Betsy Feldman | | |
| John P. Krouh | | |
| Jackie Weisgerber | UST | UST |
| Jane Leamy | UST | " |
| Charles Kelley | Mayer Brown | Columbia Gas Transmission |
| Andrew ElKadem | " | " |
| Cory Falgowski | Burr + Forman | Berkshire Hathaway Specialty Ins. Comp. |
| Rob Poppiti | YCST | |
| William Bowden | Ashby | AM Condor |
| Karen Owens | | |
| Michael Rosenthal | Gibson Dunn | |
| Matthew Kelsey | " | " |
| Daniel Denny | " | " |

# SIGN-IN-SHEET

CASE NAME:  Welded Construction, L. P.
CASE NO.:  18-12378  (KG)

COURTROOM LOCATION: 3
DATE:  10/23/18

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Greg Bichsel | Mc Elroy Deutsch etl | Federal Ins Company |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

| Calendar Date: | 10/23/2018 |
|---|---|
| Calendar Time: | 09:00 AM ET |

Amended Calendar  Oct 23 2018 6:25AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9390782 | Jonathan Bondy | (973) 530-2052 ext. | Chiesa Shahinian & Giantomasi, PC | Creditor, Berkshire Hathaway Specialty Insurance / LIVE |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9390451 | Michael E. Collins | (615) 742-9350 ext. | Manier & Herod | Creditor, Federal Insurance Co. / LIVE |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9391817 | Patrick Fitzgerald | (202) 862-3544 ext. | Wallstreet Journal | Interested Party, Patrick Fitzgerald / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9390718 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Kimberly B. Gianis / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9390596 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9390404 | Emily Koruda | (617) 856-8405 ext. | Brown Rudnick LLP | Interested Party, Brown Rudnick LLP / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9390769 | Stephen Lam | (646) 863-7157 ext. | Corre Partners | Interested Party, Corre Partners / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9390520 | Dawn McCarty | (212) 318-2300 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9390575 | Ryan T. Murphy | (612) 492-7292 ext. | Fredrikson & Byron, P.A. | Creditor, United Piping, Inc. / LIVE |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9391841 | Jairo Perez | (832) 728-0164 ext. | Prime NTB Services | Interested Party, Prime NTB Services / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9391783 | Andrew Ralph | (212) 561-4000 ext. | Zolfo Cooper LLC | Debtor, Welded Construction / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9390423 | Steven W. Soule | (918) 594-0400 ext. | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | Creditor, Transcontinental Gas Pipe Line Company / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Welded Construction, L.P. | 18-12378 | Hearing | | 9391289 | Andriy Stepanyants | (212) 886-9368 ext. | Teneo Capital | Interested Party, Teneo Capital / LISTEN ONLY |
| Welded Construction, L.P. | 18-12378 | Hearing | | 9390242 | Michael B. Sullivan | (312) 288-4041 ext. | Alvarez & Marsal | Interested Party, Michael Sullivan / LISTEN ONLY |
| Welded Construction, L.P. | 18-12378 | Hearing | | 9391786 | Travis Vander Wert | (713) 320-4292 ext. | Travis Vander Wert - In Pro Per/Pro Se | Creditor, Travis Vander Wert / LIVE |
| Welded Construction, L.P. | 18-12378 | Hearing | | 9391778 | Rick Wright | (201) 587-7152 ext. | BRG Capstone - All Offices | Interested Party, BRG Capstone / LISTEN ONLY |
| Welded Construction, L.P. | 19-12378 | Hearing | | 9391763 | Robert J. Diehl, Jr. | (313) 393-7597 ext. | Bodman PLC | Creditor, Hounton National Bank / LIVE |

CourtConfCal2009