# SIGN-IN-SHEET

**CASE NAME:** WELDED CONSTRUCTION, L.P./Sunoco Marketing Partners + Terminals + Sunoco Pipeline L.P.
**CASE NO.:** 18-12378 (KG)   18-50928
**COURTROOM LOCATION:** 3
**DATE:** 10/26/18

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Karen Owens | Ashby + Geddes | DIP Lender |
| John T. Carroll | Cozen O'Connor | Sunoco |
| Raymond DiGuica | Cozen O'Connor | Sunoco |
| Lucian Murley | Saul Ewing | Transcontinental |
| Matthew McGuirez | Landis Rath + Cobb | Debtors |
| Sean Beach | Young Conaway | Debtors |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 10/26/2018
Calendar Time: 10:00 AM ET

Re-sent Calendar  Oct 25 2018 3:21PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9398827 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 | Hearing | 9398479 | Andriy Stepanyants | (212) 886-9368 ext. | Teneo Capital | Interested Party, Teneo Capital / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 (18-5092 8) | Hearing | 9397873 | Charles S. Kelley | (713) 238-2634 ext. | Mayer Brown LLP | Creditor, Columbia Gas Transmission LLC / LIVE |
| | | Welded Construction, L.P. | 18-12378 (18-5092 8) | Hearing | 9397656 | Matthew Kelsey | (212) 351-4000 ext. | Gibson Dunn | Interested Party, North American Pipeline Equiment Company et al / LIVE |
| | | Welded Construction, L.P. | 18-12378 (18-5092 8) | Hearing | 9397480 | Emily Koruda | (617) 856-8405 ext. | Brown Rudnick LLP | Interested Party, Brown Rudnick LLP / LISTEN ONLY |
| | | Welded Construction, L.P. | 18-12378 (18-5092 8) | Hearing | 9398895 | Ryan T. Murphy | (612) 492-7292 ext. | Fredrikson & Byron, P.A. | Creditor, United Piping Incorporated / LIVE |
| | | Welded Construction, L.P. | 18-12378 (18-5092 8) | Hearing | 9397822 | Rick Wright | (201) 587-7152 ext. | Berkley Research Group LLC | Interested Party, Berkley Research Group LLC / LISTEN ONLY |